UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John-Henry Doe, | Case No. 18-cv-3152 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Mower County Sheriff's Office and Jason Bresser, | |
| Defendants. | |

This matter is before the Court on the December 20, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright. (Dkt. 36.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 20, 2019 R&R, (Dkt. 36), is **ADOPTED**.

2. Defendants' Motion to Dismiss, (Dkt. 20), is **GRANTED**.

3. Plaintiff John-Henry Doe's claims against Defendant Mower County Sheriff's Office are **DISMISSED WITH PREJUDICE**, and Doe's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff John-Henry Doe's Motion to Proceed Under a Pseudonym, (Dkt. 17), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7, 2020                                     s/Wilhelmina M. Wright
                                                            Wilhelmina M. Wright
                                                            United States District Judge